DENNIS M. CAMPOS - 050234
RIEGELS CAMPOS & KENYON LLP
2500 Venture Oaks Way, Suite 220
Sacramento, CA  95833
Telephone:  (916) 779-7100

Attorneys for Defendant, GAYLEE S. LOVELACE,
individually and as Trustee of the GAYLEE S. LOVELACE
FAMILY REVOCABLE TRUST OF 2001

THE UNITED STATES DISTRICT COURT

FOR EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT N. JOHNSON,<br><br>        Plaintiff,<br><br>    vs.<br><br>STRINGS RESTAURANT GROUP, INC.; GAYLEE S. LOVELACE, Individually and as Trustee of THE GAYLEE S. LOVELACE FAMILY REVOCABLE TRUST OF 2001; and DOES 1 through 10,<br><br>        Defendants. | Case No: 2:05-CV-02333-WBS-KJM<br><br>**ORDER OF DISMISSAL WITH PREJUDICE** |

This entire action having been settled by Plaintiff and all Defendants, IT IS HEREBY ORDERED that the entire action be and hereby is dismissed with prejudice with Plaintiff to bear his own costs and attorney's fees.  Defendants waive any claim to attorneys' fees and costs as against Plaintiff.

Dated: February 10, 2006

_William B. Shubb_
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

/ / /

/ / /

/ / /

RIEGELS
CAMPOS &
KENYON LLP

- 1 -

DISMISSAL WITH PREJUDICE

PDF created with pdfFactory trial version www.pdffactory.com

1  APPROVED AS TO FORM:

2

3  ____/s/ Scott N. Johnson_____
   Scott N. Johnson
4  Attorney for Plaintiff

5

6  ___/s/_Edwin L. Currey, Jr._____
   Edwin L. Currey, Jr.
7  Attorney for Defendants,
   Strings Restaurant Group, Inc.
8  and American Recreation Centers, Inc.

9  RIEGELS CAMPOS & KENYON

10

11 By:____/s/ Dennis M. Campos_____
       Dennis M. Campos
12
   Attorneys for Defendant, Gaylee S. Lovelace,
13 individually and as Trustee of the
   Gaylee S. Lovelace Family Revocable Trust of 2001

14

15

16

17

18

19

20

21

22

23

24

25

26

PDF created with pdfFactory trial version www.pdffactory.com